UNITED STATES DISTRICT COURT

CENTRAL DISTRICT OF CALIFORNIA

WESTERN DIVISION

| | |
|---|---|
| AARON LOUIS,<br><br>　　　　Plaintiff,<br><br>　　v.<br><br>CALIFORNIA MEN'S COLONY WARDEN, JOHN MARSHALL/CO R. TAYLOR,<br>　　　　Defendants. | NO. CV-08-968 DMG (FFM)<br><br>ORDER ADOPTING FINDINGS, CONCLUSIONS AND RECOMMENDATIONS OF UNITED STATES MAGISTRATE JUDGE |

　　　　Pursuant to 28 U.S.C. § 636, the Court has reviewed the Complaint, all the records and files herein, and the Report and Recommendation of United States Magistrate Judge. The Court concurs with and adopts the findings, conclusions and recommendations of the Magistrate Judge.

　　　　IT IS ORDERED that the Motion to Dismiss the First Amended Complaint ("FAC") be granted as follows:

　　　　(1)　Plaintiff's FAC is dismissed as moot with leave to amend the prayer for relief;

　　　　(2)　Plaintiff's excessive force claim is dismissed without leave to amend;

　　　　(3)　Plaintiff's request to add Officer Leger as a defendant is denied with prejudice;

/ / /

/ / /

(4) Plaintiff's claim that Officer Taylor filed a false report against plaintiff and that Warden Marshall condoned this act is dismissed with leave to amend;

(7) Plaintiff is granted 30 days leave to file a Second Amended Complaint that amends the false report claim, amends the prayer for relief, removes the dismissed excessive force claim, does not add any new claims, and does not add any new defendants.

DATED:   December 29, 2010

*[signature: Dolly M. Gee]*

DOLLY M. GEE
United States District Judge