UNITED STATES DISTRICT COURT

CENTRAL DISTRICT OF CALIFORNIA

WESTERN DIVISION

| | |
|---|---|
| AARON LOUIS, | No. CV 08-968 DMG (FFM) |
|     Plaintiff, | ORDER TO SHOW CAUSE |
| v. | |
| JOHN MARSHALL, et al., | |
|     Defendants. | |

On December 29, 2010, this Court ordered plaintiff to file his second amended complaint on or before January 28, 2011. As of this date, plaintiff has not complied with this Court's order.

IT THEREFORE IS ORDERED that, on or before March 28, 2011, petitioner shall either file a second amended complaint or show cause in writing, if any he has, why this case should not be dismissed for failure to prosecute. A failure to comply with this order will be interpreted as consent to the dismissal of the action.

DATED: February 24, 2011

                                                               /S/ FREDERICK F. MUMM  
                                                               FREDERICK F. MUMM  
                                                        United States Magistrate Judge