UNITED STATES DISTRICT COURT

CENTRAL DISTRICT OF CALIFORNIA

WESTERN DIVISION

| | |
|---|---|
| AARON LOUIS,<br><br>　　　　　Plaintiff,<br><br>　　v.<br><br>CALIFORNIA MEN'S COLONY WARDEN, JOHN MARSHALL/CO R. TAYLOR,<br><br>　　　　　Defendants. | NO. CV 08-968 DMG (FFM)<br><br>ORDER ADOPTING FINDINGS, CONCLUSIONS AND RECOMMENDATIONS OF UNITED STATES MAGISTRATE JUDGE |

　　　　Pursuant to 28 U.S.C. § 636, the Court has reviewed the Complaint, all the records and files herein, and the Report and Recommendation of United States Magistrate Judge. The Court concurs with and adopts the findings, conclusions and recommendations of the Magistrate Judge.

　　　　IT IS ORDERED that Judgment be entered dismissing this action with prejudice.

DATED:  June 1, 2011

　　　　　　　　　　　　　　　　　　／s／ Dolly M. Gee
　　　　　　　　　　　　　　　　　　DOLLY M. GEE
　　　　　　　　　　　　　　　　　　United States District Judge