UNITED STATES DISTRICT COURT

CENTRAL DISTRICT OF CALIFORNIA

WESTERN DIVISION

| | | |
|---|---|---|
| AARON LOUIS, | ) | NO. CV 08-968 DMG (FFM) |
| Plaintiff, | ) ) ) | JUDGMENT |
| v. | ) ) | |
| CALIFORNIA MEN'S COLONY WARDEN, JOHN MARSHALL/CO R. TAYLOR, | ) ) ) ) | |
| Defendants. | ) ) | |

Pursuant to the Order Adopting Findings, Conclusions and Recommendations of United States Magistrate Judge,

IT IS ADJUDGED that plaintiff take nothing by his Complaint and that this action is dismissed with prejudice.

DATED: June 1, 2011

_____
DOLLY M. GEE
United States District Judge